IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. RENO JAMES RUNS ABOVE, Defendant. | CR 08-84-BLG-SPW-JTJ **FINDINGS AND RECOMMENDATIONS** |

## I. Synopsis

Defendant Reno James Runs Above (Runs Above) has been accused of violating the conditions of his supervised release. Runs Above admitted alleged violations 1, 2, 3, 4 and 5. Runs Above denied alleged violations 6, 7, 8 and 9. The government satisfied its burden of proof with respect to alleged violations 6, 7, 8 and 9. Runs Above's supervised release should be revoked. Runs Above should be placed in custody for 5 months, with 31 months of supervised release to follow. Runs Above should receive credit for time served.

## II. Status

Runs Above pleaded guilty on August 14, 2008, to Accessory After the Fact. (Doc. 21). The Court sentenced Runs Above to 180 months of custody,

followed by 3 years of supervised release. (Doc. 21). Runs Above's current term of supervised release began on September 15, 2021. (Doc. 56 at 1).

**Petition**

The United States Probation Office filed a Third Amended Petition on June 3, 2022, requesting that the Court revoke Runs Above's supervised release. (Doc. 56). The Third Amended Petition alleged that Runs Above violated the conditions of his supervised release: 1) by using methamphetamine on five separate occasions; 2) by consuming alcohol; 3) by committing another crime; 4) by possessing a knife and a taser; and 5) by knowingly interacting with a convicted felon without obtaining the permission of his probation officer. (Doc. 56).

**Initial Appearance**

Runs Above appeared before the undersigned for his initial appearance on the Third Amended Petition on June 7, 2022. Runs Above was represented by counsel. Runs Above stated that he had read the Third Amended Petition and that he understood the allegations. Runs Above waived his right to a preliminary hearing. The parties consented to proceed with the revocation hearing before the undersigned.

**Revocation Hearing**

The Court conducted a revocation hearing on June 7, 2022. Runs Above admitted that he had violated the conditions of his supervised release: 1) by using methamphetamine on one occasion; 2) by consuming alcohol; 3) by committing another crime; 4) by possessing a knife and a taser; and 5) by knowingly interacting with a convicted felon without obtaining the permission of his probation officer, as alleged in violations 1, 2, 3, 4 and 5. The government satisfied its burden of proof with respect to alleged violations 6, 7, 8 and 9. The violations are serious and warrant revocation of Runs Above's supervised release.

Runs Above's violations are Grade C violations. Runs Above's criminal history category is III. Runs Above's underlying offense is a Class C felony. Runs Above could be incarcerated for up to 24 months. Runs Above could be ordered to remain on supervised release for up to 36 months, less any custody time imposed. The United States Sentencing Guidelines call for a term of custody of 5 to 11 months.

### III. Analysis

Runs Above's supervised release should be revoked. Runs Above should be incarcerated for 5 months, with 31 months of supervised release to follow. This sentence is sufficient but not greater than necessary. Runs Above should

receive credit for time served.

## IV. Conclusion

The Court informed Runs Above that the above sentence would be recommended to United States District Judge Susan P. Watters. The Court also informed Runs Above of his right to object to these Findings and Recommendations within 14 days of their issuance. The Court explained to Runs Above that Judge Watters would consider a timely objection before making a final determination on whether to revoke his supervised release and what, if any, sanction to impose. The Court also explained to Runs Above that he had the right to allocute before Judge Watters.

The Court **FINDS:**

> That Reno James Runs Above has violated the conditions of his supervised release: by using methamphetamine on five separate occasions; by consuming alcohol; by committing another crime; by possessing a knife and a taser; and by knowingly interacting with a convicted felon without obtaining the permission of his probation officer.

The Court **RECOMMENDS:**

> That the District Court revoke Runs Above's supervised release and commit Runs Above to the custody of the United States Bureau of Prisons for 5 months, with 31 months of supervised release to follow. Runs Above should receive credit for time served.

## NOTICE OF RIGHT TO OBJECT TO FINDINGS AND RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT

The parties may serve and file written objections to the Findings and Recommendations within 14 days of their entry, as indicated on the Notice of Electronic Filing. 28 U.S.C. § 636(b)(1). A United States district court judge will make a de novo determination regarding any portion of the Findings and Recommendations to which objection is made. The district court judge may accept, reject, or modify, in whole or in part, the Findings and Recommendations. Failure to timely file written objections may bar a de novo determination by the district court judge, and may waive the right to appear and allocute before a district court judge.

DATED this 8th day of June, 2022.

John Johnston
United States Magistrate Judge